NIAGARA FERRY AND TRANSPORTATION COMPANY, Respondent, v. UNIVERSAL INSURANCE COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch Taylor, Edgcomb and Thompson, JJ.